**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
RAUL ANTONIO JIMENEZ CAMPOS,

               Plaintiff,

  - against -                                    **JUDGMENT**
                                                                         CV 23-9329 (GRB) (ST)
"ABC CORPORATION" d/b/a NDN LANDSCAPING,
name of the corporation being fictitious and unknown
to Plaintiff; and NICHOLAS NUZZI JR., as an
individual,

               Defendants.
------------------------------------------------------------------X

      A Notice of Acceptance of Offer of Judgment having been filed by Plaintiff on April 15, 2024, accepting Defendant "ABC Corporation" d/b/a NDN Landscaping's April 8, 2024 to allow entry of judgment against it in the amount of $18,000.00, inclusive of all of Plaintiff's claims for relief, damages alleged or incurred to date, costs, and attorneys' fees, it is

      **ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff Raul Antonio Jimenez Campos against Defendant "ABC Corporation" d/b/a NDN Landscaping in the amount of $18,000.00, inclusive of all of Plaintiff's claims for relief, damages alleged or incurred to date, costs, and attorneys' fees; and that this case is closed.

Dated:  April 15, 2024
         Central Islip, New York

                                                                      BRENNA B. MAHONEY
                                                                      CLERK OF COURT

                                                     By:    /s/ James J. Toritto
                                                                        Deputy Clerk